478 A.2d 91

Commonwealth v. Burton, Appellant.

 Argued
March 22, 1984. John P. Cotter, for appellant; Leslie A.
Sudock, Assistant District Attorney, for appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.

BECK, J., concurred in the result.